# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: Leo I. Brisbois |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No: 26-mj-28 (DSD/LIB) |
| | Date: February 12, 2026 |
| **Alice Valentine** | Courthouse: Duluth |
| | Courtroom: Courtroom 3 |
| Defendant, | Court Reporter: Digital Courtroom |
| | Time Commenced: 11:46 a.m. |
| | Time Concluded: 11:51 a.m. |
| | Time in Court: 5 minutes |

APPEARANCES:

Plaintiff:     Zain Abid, Assistant U.S. Attorney
Defendant:     Siri Carlson McDowell, Assistant Federal Defender

**Misdemeanor Information Dated:** 2/6/2026

X Reading of Indictment Waived     X Not Guilty Plea Entered

Government Disclosures Due Date:     2/19/2026
Defendant's Disclosures Due Date:    2/26/2026
Motion Filing Date:                  3/5/2026
Motion Response Date:                3/19/2026
Notice of Intent to call Witnesses:  TBD
Responsive Notice Deadline:          TBD
Motion Hearing Date:                 3/26/2026 10:30 a.m. before Magistrate Judge Leo I. Brisbois in Ctrm. 3 Duluth
Voir Dire/Jury Instruction Due Date: TBD
Status Conference Date:              TBD
Trial Date:                          TBD

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

s/JLB
Signature of Courtroom Deputy
