UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

    vs.                                        ARRAIGNMENT ORDER

Alice Valentine,

        Defendant.                    Criminal No. 26-mj-28 (DSD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A Hearing was held before the undersigned United States Magistrate Judge on **February 12, 2026, 2026**. Defendant was present in Court with her attorney, **Siri Carlson McDowell**, Assistant Federal Defender. The Government was represented by **Zain Abid,** Assistant United States Attorney.

Defendant identified herself by name and birth date; waived the reading of the Indictment; and entered a plea of not guilty.

**Pursuant to Local Rule 12.1 (copy attached), IT IS HEREBY ORDERED that:**

1. The Government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **February 19, 2026.** D. Minn. LR 12.1(a)(1). In order to avoid the need for a recess of the Motions Hearing, the Government is requested to make, **February 19, 2026,** all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

2. Defendant must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **February 26, 2026**. D. Minn. LR 12.1(a)(2).

3. The parties must disclose the identity of any expert witness they intend to use in their case-in-chief and make all expert disclosures related thereto as required by Federal Rule of Criminal Procedure 16 no later than twenty-eight (28) days before trial. The parties must disclose the identity of any expert who will testify in rebuttal of any disclosed case-in-chief expert witness

and make all disclosures related to such rebuttal expert as required by Federal Rule of Criminal Procedure 16 no later than ten (10) days before trial. Fed. R. Civ. P. 16(a)(1)(G).

4. All Motions in the above-entitled case must be filed and served through CM/ECF consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **March 5, 2026**[1]. D. Minn. LR 12.1(c). One courtesy copy of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leo I. Brisbois.[1]

5. **Counsel must electronically file a letter on or before March 5, 2026, if no Motions will be filed and there is no need for Hearing.**

6. All Responses to Motions must be filed by **March 19, 2026**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to call Witnesses[2] must be filed by **March 19, 2026**. D. Minn. LR. 12.1(c)(3)A).

8. Any Responsive Notice of Intent to Call Witnesses[3] must be filed by **March 23, 2026**.

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

[1] U.S. Mail or hand-deliver to Room 412, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 W. First St., Duluth, Minnesota 55802.

[2] "When a party intends to call witnesses at a hearing on a motion under Fed. R. Crim. P. 12(b), the party must file a notice within 35 days after the arraignment. The notice must identify the number of witnesses whom the party intends to call, the motion or motions that each witness will be addressing, and the estimated duration of each witness's testimony." D. Minn. LR 12.1(c)(3)(A).

[3] "If after reviewing a notice under LR 12(c)3), a party intends to call witnesses at the same hearing, that party must file a responsive notice within 38 days after the arraignment. The responsive party must identify the number of witnesses whom the party intends to call, the motion or motions each witness will be addressing, and the estimated duration of each witness's testimony." D. Minn. LR 12.1(c)(3)(B).

9. A Motions Hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its Motion, objection or response pleadings.

10. a. If required, the Motions Hearing will be conducted before United States Magistrate Judge Leo I. Brisbois on **March 26, 2026, at 10:30 a.m.**, in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse, 515 West First St., Duluth, Minnesota. D. Minn. LR 12.1(d).

    b. **If counsel for any party intends to offer documentary or electronic exhibits into evidence during any required hearing, they shall separately pre-mark all exhibits and disclose them to opposing counsel no later than two (2) business days before the scheduled hearing. The parties shall not provide or attempt to file any exhibits with the Court prior to the date of the scheduled hearing. All documentary exhibits shall be offered into evidence by hard copy only, during the hearing, and on the record. Electronic exhibits (e.g. video, audio recordings, etc.) shall be offered into evidence on a data storage device compliant with the IT security standards of the District of Minnesota and only during the hearing on the record.**

11. The parties will receive the remaining dates related to trial by separate Order.

DATED: February 12, 2026

                                                              s/Leo I. Brisbois
                                                              Hon. Leo I. Brisbois
                                                              U.S. MAGISTRATE JUDGE