UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-028 (DSD/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALICE VALENTINE,

Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTIONS**

The United States of America respectfully moves this Court for an extension of time to file responses to Ms. Valentine's motions. *See* ECF Docs 26, 27, 28, 29, 30, and 32. Counsel is also filing a notice of appearance along with this motion.

The United States is requesting an extension of time to properly address Ms. Valentine's motions. The United States conferred with Counsel, and there is no objection to the requested extension of time. Counsel is respectfully requesting a motion response date of April 16, 2026.

Dated: April 1, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Richard M. Hoover*

BY: Richard M. Hoover
Special Assistant U.S. Attorney