UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 26-MJ-28 (DSD/LIB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        **ORDER**

ALICE VALENTINE,

        Defendant.


This matter is before the court upon the government's motion to dismiss.  Based on review of the file and for good cause shown, **IT IS HEREBY ORDERED** that:

1.   The motion [ECF No. 37] is granted; and

2.   The case is dismissed without prejudice.


Dated: April 20, 2026

s/ *David S. Doty*
David S. Doty, Judge
United States District Court